Hon. Marc Barreca
Chapter 11
Hearing: September 16, 2021, 9:30 a.m.
Response due: September 9, 2021

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF WASHINGTON AT SEATTLE

In re:

SOUND HOUSING, LLC,

    Debtor.

No. 21-10341

RESPONSE OF CREDITORS TO DEBTOR'S MOTION TO SELL REAL PROPERTY

    Creditors Julia Schwarz and Edmund Tee ("Creditors") respond to the Debtor's Motion to sell the property at 13328 132nd Ave NE, Kirkland, WA (the "Property"), as follows:

    The Creditors each hold secured positions in the Property. They are among five total beneficiaries under a deed of trust granted by Sound Housing in 2016 and recorded under King County Recorders No. 20160729002250. The claims are evidenced by the proofs of claim filed by both Creditors; Ms. Schwarz's claim is listed by the Clerk as Claim 11; Mr. Tee's is Claim 12.

    Ms. Schwarz's secured claim, with accrued interest calculated through the date of the bankruptcy filing, is $78,542.46. She is entitled to additional interest and fees postpetition.

    Mr. Tee's secured claim, with accrued interest calculated through the date of the bankruptcy filing, is $70,688.22. He is also entitled to additional interest and fees postpetition.

**WENOKUR RIORDAN PLLC**
ATTORNEYS AT LAW
600 STEWART STREET, SUITE 1300
SEATTLE, WASHINGTON 98101
206.682.6224 (WENOKUR)
206.903.0401 (RIORDAN)

The Debtor's Motion does not identify the proposed payees of sale proceeds by name. Creditors object to the proposed sale to the extent their secured claims are not paid in full from escrow and promptly upon closing.

The Creditors also make the following observations, although in doing so they want to be clear that they generally support a sale that will pay their secured claims in full:

The sale offer is subject to a feasibility contingency. That contingency is set to expire at about the time for responses to the Motion. The Motion may be premature until feasibility is waived.

The addendum provides for closing within 7 days of waiver of the feasibility contingency. That would appear to be on or prior to the date of hearing on this Motion.

The addendum appears to authorize the buyer to do work on the Property prior to closing, including removal of trees and shrubs. The buyer should keep the Property intact in case for any reason the sale fails to close.

The Creditors also hold unsecured claims against the Debtor. The Court should inquire to make sure that the price offered is a fair one, as it is hard to determine that from the information provided with the Motion, which implies that the Property has not been listed at all in 2021.

DATED September 2, 2021.

WENOKUR RIORDAN PLLC

*/s/ Alan J. Wenokur*
_____
Alan J. Wenokur, WSBA # 13679
Attorneys for Julia Schwarz and Edmund Tee

RESPONSE - Page 2 of 2

**WENOKUR RIORDAN PLLC**
ATTORNEYS AT LAW
600 STEWART STREET, SUITE 1300
SEATTLE, WASHINGTON 98101
206.682.6224 (WENOKUR)
206.903.0401 (RIORDAN)

Case 21-10341-MLB    Doc 89    Filed 09/02/21    Ent. 09/02/21 15:18:43    Pg. 2 of 2